EVELYN B. BROWER, PETITIONER-RESPONDENT, v. MICHAEL ROSSMY, RESPONDENT-PETITIONER.

See same case below: 63 *N. J. Super.* 395.

*Mr. Ralph Porzio* for the petitioner.

*Messrs. Kentz, Kentz & Gilson* for the respondent.

January 16, 1961. Denied.

RUDOLPH FUESSEL, PLAINTIFF, v. CADILLAC BAR CORP., *ET AL.*, DEFENDANTS-RESPONDENTS, NATHAN N. FINKLE, PETITIONER.

See same case below: 63 *N. J. Super.* 430.

*Mr. Nathan W. Finkle* for the petitioner.

*Mr. Edward A. Costigan* for the respondent.

January 16, 1961. Denied.